**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01311-CV

**IN THE INTEREST OF N.A.A. AND K.D.A., CHILDREN, Appellant**

**V.**

**, Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-52696-06**

## ORDER

We **GRANT** appellant's November 23, 2013 Objection to Court's Order of Mediation to the extent it requests withdrawal of the Court's mediation order. We **VACATE** our November 6, 2013 mediation order.

/s/ ELIZABETH LANG-MIERS
JUSTICE